MORRIS W. TAUB et al., Respondents, *v.* JOSEPHINE G. BRAUN, Appellant.

Submitted July 2, 1947; decided July 2, 1947.

*John O'Brien* for motion.
*Joseph M. Schwartz* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution.